```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSE ROMERO, et al.,                                        :
                                  Plaintiffs,               :
                                                            :      19 Civ. 1690 (LGS)
              -against-                                     :
                                                            :            ORDER
ESSEX 123 INC., et al.,                                     :
                                  Defendants.               :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 11, 2019, the Court referred the case to Judge Debra C. Freeman for settlement purposes (Dkt. No. 67). It is hereby

**ORDERED** that the pre-motion conference, scheduled for December 17, 2019, is adjourned *sine die*. It is further

**ORDERED** that the parties shall file a joint letter -- **no more than a week** after the first scheduled settlement conference is held -- expressing mutual agreement that the settlement is productive, or stating that at least one party believes that the settlement discussions should be halted and the litigation should proceed.

Dated: December 12, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**