USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE ROMERO, et al.,

                    Plaintiffs,

           -against-

ESSEX 123 INC., et al.,

                    Defendants.
-----------------------------------------------------------X

19 Civ. 1690 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 17, 2020, a settlement conference was held before Judge Debra C. Freeman. It is hereby

**ORDERED** that, by **February 18, 2020**, the parties shall file their executed settlement agreement and *Cheeks* materials. It is further

**ORDERED** that the parties shall file a joint letter by **January 24, 2020**, informing the Court whether they plan to consent to Judge Freeman for all purposes in this matter.

Dated: January 21, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE