# HARRIS ST. LAURENT

March 10, 2020

**VIA ECF**
Honorable Debra Freeman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 10007

      RE:    *Romero, et al. v. Essex 123 Inc., et al.*, No. 19 Civ. 01690 (LGS)(DF)

Dear Judge Freeman:

      We represent defendants in the above-referenced action and, together with counsel for plaintiffs, we submit the attached proposed rider to the parties' Settlement Agreement and Release (the "Rider"). The Rider intends to address the concerns about the scope of the release contained in the Settlement Agreement and Release, which Your Honor expressed during our call with the Court on Friday, February 28, 2020.

      The parties thank the Court for its assistance in settling this matter and are willing to make themselves available at Your Honor's convenience should there be any further concerns about the scope of the Settlement Agreement and Release as modified by the Rider.

      Respectfully submitted,

Correy A. Kamin

Enclosure

cc: All Counsel of Record (via ECF)